Abdul Rahim Howard #72346-053
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, N.Y. 11232

October 18, 2015

RE: Howard v U.S. 04-cr-942(FB) 11-cv-5208(FB)

Dear Mr. Ionelli,

I am writing this letter in asking about two matters pertaining to the above case numbers. On June 23, 2015 The Second Circuit denied my motion to file a second or successive 2255 as unnecessary and transferred the issue back to Judge Block under docket number 15-1687. I would like to know if there was a decision made by Judge Block pertaining to this matter. Second I filed a motion asking Judge Block for a subpoena for MDC to produce records of all my legal visits with Mr. Mark Demarco. Judge Block denied this motion but a motion to reconsider was filed. I would like to know if a decision was made on the motion to reconsider. Any and all information you provide me would be greatly appreciated.

Thank you.
Abdul Rahim Howard

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 21 2015 ★
BROOKLYN OFFICE

Abdul Rahim Howard #72346-053
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, N.Y. 11232

NEW YORK NY 100
19 OCT 2015 PM 10 L



LEGAL
Mail

Michael Innelli
Case Manager
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

1120 1183299